# United States Bankruptcy Court
### Eastern District of Virginia

In re **Aisha Shuvonda Sauls**     Case No. **21-30372**
Debtor(s)     Chapter **13**

## CHANGE OF ADDRESS

**Other than for an attorney, if the Debtor/Creditor whose address is changing is a party in an Adversary Proceeding before the Court, the Change of Address must be filed in the Adversary Proceeding as well as in the Bankruptcy Case. If debtor has both a street and mailing address, please indicate which address is being updated.**

For: ☑ Debtor
    New address is for: ☐ Both Debtors
                             ☐ Debtor 1 Only
                             ☐ Debtor 2 Only

☐ Check here if you receive court orders and notices by email through the Debtor Electronic Bankruptcy Noticing program (DeBN) rather than by U.S. mail to your mailing address. Please provide your DeBN account number below (DeBN account numbers can be located in the subject title of all emailed court orders and notices).

Debtor 1's DeBN account number
Debtor 2's DeBN account number
☐ Attorney [If Applicable:] Name:
☐ Creditor [If Applicable:] Name:

*[If applicable]* Case Name:
*[If applicable]* Case No./Adversary Proceeding No.:

☑ Street Address     ☐ Mailing Address
New Address: **3915 E. Chatham Drive**

No. and Street, Apt., P.O. Box or R.D. No.

City: **Richmond**     State: **VA**     Zip: **23222**

☑ Street Address     ☐ Mailing Address
Old Address: **201 South Kalima Ave.**

No. and Street, Apt., P.O. Box or R.D. No.

City: **Henrico**     State: **VA**     Zip: **23075**

Telephone Number: (   )
**Please include area code**

**/s/ James E. Kane**
Signature of Filer [*check filer type below*]:
☑ Attorney for Debtor
☐ Debtor *[If joint case and address is for both debtors, both debtors must sign.]*
☐ Creditor
☐ Attorney

[changead ver. 12/17]

Date: **July 27, 2021**

pc: Trustee
United States Trustee
Creditor (for creditor's change of address)

[changead ver. 12/17]
Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy